No. 450, Misc. HOLLAND *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 451, Misc. OWENS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 453, Misc. BEARD ET AL. *v.* RAGEN, WARDEN. Circuit Court of Lake County, Illinois. Certiorari denied.

No. 457, Misc. MOTLEY *v.* NORTH CAROLINA. Superior Court of Rockingham County, North Carolina. Certiorari denied.

No. 458, Misc. NEWTON *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 473. ALKER ET AL. *v.* BUTCHER & SHERRERD ET AL., 346 U. S. 925. Second petition for rehearing denied.

No. 65. UNITED STATES *v.* BINGHAMTON CONSTRUCTION CO., INC., *ante*, p. 171;
No. 519. JEOFFROY MFG., INC. ET AL. *v.* GRAHAM ET AL., *ante*, p. 920;
No. 525. PARNACHER ET AL. *v.* MOUNT, *ante*, p. 917;
No. 546. JONES ET UX. *v.* UNITED STATES, *ante*, p. 921;
No. 225, Misc. ANSELMI *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL., *ante*, p. 902;
No. 332, Misc. NEGRON ET AL. *v.* NEW YORK, *ante*, p. 907;
No. 346, Misc. EX PARTE LUSTIG, *ante*, p. 911; and
No. 352, Misc. HAINES *v.* ILLINOIS, *ante*, p. 922. Petitions for rehearing denied.